IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN BERNARD JOHNSON (TDCJ No. 1099929), | § § § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:16-CV-2438-M |
| SUSAN HAWK, | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a recommendation in this case (the "FCR"). *See* Dkt. No. 8.

On December 23, 2016, well after the period for filing objections expired, the Court accepted the FCR and summarily dismissed this action as frivolous. *See* Dkt. No. 9. Judgment was entered the same day. *See* Dkt. No. 10. But that order and judgment were vacated on January 17, 2017, *see* Dkt. No. 12, in response to Plaintiff's Motion for Extension of Time, *see* Dkt. No. 11, which the Court liberally construed as requesting additional time to object to the FCR.

Plaintiff now has filed a Motion for Leave to File Amended Complaint and a Motion for Appointment of Counsel. *See* Dkt. Nos. 13 & 14. Both motions are DENIED.

Accordingly, as no objections were filed, the District Court reviewed the FCR for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 27 day of March, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE